UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 10-80366-CIV-COHN/SELTZER

REGIONS BANK, an Alabama
banking corporation,

    Plaintiff,

vs.

TB & CC RECREATION, LLC, a
Florida limited liability company,
ARTHUR FALCONE, in his individual
capacity and EDWARD FALCONE, in
his individual capacity, all jointly and severally,

    Defendants.
_____/

### DEFENDANTS, TB&CC RECREATION, LLC AND ARTHUR FALCONE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, TB & CC RECREATION, LLC and ARTHUR FALCONE, respond to Plaintiff's Complaint, as follows:

### ANSWER

1. Denied that Regions Bank is entitled to the relief requested.

2. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

3. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

4. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

5. Denied.

6. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

7. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

8. These Defendants do not contest the existence of diversity of citizenship; otherwise denied.

9. These Defendants contest venue in this District, including *forum non conveniens*.

10. Denied.

11. These Defendants adopt their responses to Paragraphs 1 through 10.

12. Admitted that TG&CC and Arthur Falcone affixed their signatures to the promissory note attached to the complaint as Exhibit A.

13. Admitted that TG&CC and Arthur Falcone affixed their signatures to the forbearance agreement attached to the complaint as Exhibit B.

14. These Defendants assert that the terms and conditions of the documents referenced in this paragraph speak for themselves.

15. Denied.

16. Admitted that Regions Bank issued the letter attached to the complaint as Exhibit C.

17. Denied.

18. Denied.

19. Denied.

20. These Defendants adopt their responses to Paragraphs 1 through 10.

21. Admitted that TG&CC and Arthur Falcone affixed their signatures to the swap agreement attached to the complaint as Exhibit D.

22. These Defendants assert that the terms and conditions of the documents referenced in this paragraph speak for themselves.

23. Denied.

24. Admitted that Regions Bank issued the letter attached to the complaint as Exhibit E.

25. Denied.

26. Admitted that Regions Bank issued the letter attached to the complaint as Exhibit F.

27. Admitted that Regions Bank issued the letter attached to the complaint as Exhibit G.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. All allegations of Regions Bank's complaint not specifically admitted above by TG&CC and Arthur Falcone, are denied.

## FIRST AFFIRMATIVE DEFENSE

34. Regions Bank was and remains obligated to deal with Defendants in good faith, and to mitigate its damages, as required by the Uniform Commercial Code.

**SECOND AFFIRMATIVE DEFENSE**

35. Regions Bank must account for the value of its collateral when presenting its claim to this Court, and these Defendants are entitled to a setoff in such amounts.

**THIRD AFFIRMATIVE DEFENSE**

36. Venue in this Court is improper and/or provides an inconvenient forum in which to adjudicate the claims and defenses of the parties. The District in which the collateral (including real property and other monetary rights) exists presents a far more appropriate forum, including the ability to bring other relevant obligors and the collateral within the jurisdiction of a district court for a more complete and final adjudication which will not prejudice these Defendants.

WHEREFORE, Defendants, TB & CC RECREATION, LLC and ARTHUR FALCONE, request this Court's entry of a judgment that sustains the defenses asserted against Plaintiff's Complaint, that adjusts and determines the rights of the parties fairly and justly, that orders relief as necessary to properly carry out and effect the Court's determinations, and that grants such further relief as the Court deems just. Defendant further requests awards of court costs, and professional fees (including attorneys' fees), incurred in this action, under the agreement(s) Plaintiff seeks to enforce.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2010, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                            BERGER SINGERMAN
                            Attorneys for Defendants
                            350 East Las Olas Boulevard
                            Suite 1000
                            Fort Lauderdale, Florida  33301
                            Phone:  954-525-9900
                            Fax: 954-523-2872


By: __/s/ Anthony J. Carriuolo_____
      Anthony J. Carriuolo
      Florida Bar No. 434541
      acarriuolo@bergersingerman.com

## SERVICE LIST
## Case No. 10-80366-CIV-COHN/SELTZER

Anthony J. Carriuolo, Esq.
Email: acarriuolo@bergersingerman.com
BERGER SINGERMAN
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Telephone:  (954) 525-9900
Facsimile  (954) 523-2872
Attorneys for Defendants

James W. Carpenter, Esq.
Email: jwc@angelolaw.com
Eric C. Edison, Esq.
ece@angelolaw.com
ANGELO & BANTA, P.A.
515 East Las Olas Boulevard,
Suite 850
Fort Lauderdale, FL 33301
Telephone: (954) 766-9930
Facsimile: (954) 766-9937
Attorneys for Plaintiff
*Via Electronic Service*