UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 10-80366-CIV-COHN/SELTZER

REGIONS BANK, an Alabama
banking corporation,

    Plaintiff,

vs.

TBG & CC RECREATION, LLC, a
Florida limited liability company,
ARTHUR FALCONE, in his individual
capacity and EDWARD FALCONE, in
his individual capacity, all jointly and severally,

    Defendants.
_____/

**JOINT MOTION FOR CONTINUANCE OF TRIAL
PENDING SATISFACTION OF SETTLEMENT CONDITIONS**

    Substituted Plaintiff, SLV Tampa Golf, LLC, and Defendants, TBG & CC RECREATION, LLC and ARTHUR FALCONE ("Defendants"), by and through their respective undersigned counsel, jointly move pursuant to S.D. Fla. L.R. 7.6 for a continuance of the trial of this cause for exceptional circumstances shown, as follows:

    1.    Pursuant to this Court's Scheduling Order [DE 12], this cause is set for trial during the two-week period commencing December 13, 2010.

    2.    The Substituted Plaintiff and the Defendants are parties to transactional documents as part of a comprehensive settlement reached between and among the Substituted Plaintiff, Regions Bank as initial Plaintiff, and the Defendants. Pursuant to that settlement, the Substituted Plaintiff and the Defendants have agreed to the dismissal of this action with prejudice through the filing of appropriate notice or stipulation. However, pursuant to the terms of the settlement, the dismissal papers remain in escrow and are not to be released from escrow and

filed of record with this Court until a specific amount of time has passed. According to the settlement, the dismissal papers may not be released from escrow until early February 2011.

3. Although the parties have resolved their disputes (including this litigation) through their settlement, the time period set by this Court for trial will occur earlier than the date on which the dismissal papers may be released from escrow and filed of record.

4. The parties wish to avoid all further litigation fees and costs, pending the release from escrow of the dismissal papers. The parties further wish to avoid any expenditure of judicial labor, that appears wholly unnecessary under these circumstances.

5. Yet the parties do not wish to unduly prejudice their respective positions while awaiting the prescribed escrow period to elapse. The parties' amicable resolution of their disputes would be violated if they were required to proceed with pretrial and trial efforts, notwithstanding their good faith resolution of their disputes.

6. The parties bring this motion to the Court's attention promptly following the closing of the settlement at issue.

7. Exceptional circumstances exist for the granting of this motion and for the continuance of trial in this cause to a trial period no earlier than March 15, 2011.

| | |
|---|---|
| BERGER SINGERMAN, P.A. | GRAY ROBINSON, P.A. |
| Attorneys for Defendants Arthur Falcone and TBG&CC | Attorneys for Substituted Plaintiff, SLV Tampa Golf, LLC |
| 350 East Las Olas Blvd., Suite 1000 | 401 East Las Olas Blvd., Suite 1850 |
| Fort Lauderdale, Florida  33301 | Fort Lauderdale, FL 33301 |
| Phone:  954-525-9900 | Phone: 954-761-8111 |
| Fax: 954-523-2872 | Fax:  954-761-8112 |
| | |
| By: __/s/ Anthony J. Carriuolo_____ | By: __/s/ Ivan Reich_____ |
|         Anthony J. Carriuolo |         Ivan Reich |
|         Florida Bar No. 434541 |         Florida Bar No. 778011 |
|         acarriuolo@bergersingerman.com |         ireich@gray-robinson.com |
| | |
| VERIFIED PURSUANT TO LOCAL RULE 7.6 | VERIFIED PURSUANT TO LOCAL RULE 7.6 |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2010, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

> BERGER SINGERMAN
> Attorneys for Defendants Arthur Falcone and TBG&CC
> 350 East Las Olas Boulevard
> Suite 1000
> Fort Lauderdale, Florida  33301
> Phone**:**   954-525-9900
> Fax: 954-523-2872
>
>
> By:   /s/ Anthony J. Carriuolo_____
>       Anthony J. Carriuolo
>       Florida Bar No. 434541
>       acarriuolo@bergersingerman.com

## SERVICE LIST
## Case No. 10-80366-CIV-COHN/SELTZER

Anthony J. Carriuolo, Esq.  
Email: acarriuolo@bergersingerman.com  
BERGER SINGERMAN  
350 East Las Olas Boulevard  
Suite 1000  
Fort Lauderdale, FL 33301  
Telephone:  (954) 525-9900  
Facsimile  (954) 523-2872  
Attorneys for Defendants  

Ivan Reich, Esq.  
Email: ireich@gray-robinson.com  
GRAY ROBINSON, P.A.  
401 East Las Olas Boulevard  
Suite 1850  
Fort Lauderdale, FL 33301  
Phone:  954-761-8111  
Fax:  954-761-8112  
Attorneys for Plaintiff  
*via Electronic Service*