DISMISSAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 10-80366-CIV-COHN/SELTZER

SLV Tampa Golf, L.L.C.,
a Delaware limited liability company, as ASSIGNEE
of Regions Bank, an Alabama banking corporation

      Plaintiff,

vs.

TB & CC RECREATION, LLC,
a Florida limited liability company,
ARTHUR FALCONE, in his individual
capacity, and EDWARD FALCONE, in
his individual capacity, all jointly and severally,

      Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SLV Tampa Golf, LLC, a Delaware limited liability company (as assignee of initial Plaintiff, Regions Bank), and Defendants, TBG & CC Recreation, LLC, a Florida limited liability company, Arthur Falcone, individually, and Edward Falcone, individually, by and through undersigned counsel, hereby stipulate to the voluntary dismissal of this action, with prejudice, each party to bear their own attorneys' fees and costs.

Dated: this 5th day of November, 2010.

GRAY ROBINSON P.A.
Attorneys for Plaintiff
401 East Las Olas Boulevard
Suite 1850
Fort Lauderdale, Florida 33301
Tel. (954) 761-8111
Fax: (954) 761-8112

By: _____
IVAN J. REICH
Florida Bar No. 778011

BERGER SINGERMAN
Attorneys for Defendants
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Tel.: (954) 525-9900
Fax: (954) 523-2872

By: _____
ANTHONY J. CARRIUOLO
Florida Bar No. 434541

# 2262168 v2