UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80366-CIV-COHN/SELTZER

SLV TAMPA GOLF, L.L.C., a Delaware limited liability company, as assignee of Regions Bank, an Alabama banking corporation,

Plaintiff,

v.

TBG & CC RECREATION, LLC, a Florida limited liability corporation, ARTHUR FALCONE, in his individual capacity, and EDWARD FALCONE, in his individual capacity, all jointly and severally,

Defendants.
_______________________________________/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal With Prejudice [DE 28] ("Joint Stipulation"). Having reviewed the Joint Stipulation and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a), all claims in the above-captioned action are **DISMISSED with prejudice**, with each party bearing its own fees and costs. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 21st day of February, 2011.

James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF